No. —, original. EX PARTE ROSS CUMMINGS PATTON;

No. 60. C. J. HENDRY Co. ET AL. *v.* MOORE ET AL.;

No. 275. PACIFIC COAST DAIRY, INC. *v.* DEPARTMENT OF AGRICULTURE OF CALIFORNIA ET AL.;

No. 453. MARSHALL FIELD & Co. v. NATIONAL LABOR RELATIONS BOARD; and

No. 466. DEPARTMENT OF BANKING OF NEBRASKA, RECEIVER, v. PINK, SUPERINTENDENT OF INSURANCE. April 5, 1943. Petitions for rehearing denied. MR. JUSTICE MURPHY, MR. JUSTICE JACKSON, and MR. JUSTICE RUTLEDGE took no part in the consideration or decision of these applications.